UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD LIGHT,** | **2:21-CV-13013-TGB-APP** |
| Plaintiff, | |
| vs. | |
| **JODI DEANGELO, ET AL.,** | |
| Defendants. | |

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan: August 4, 2022.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE